# UNITED STATES COURT OF APPEALS
## for the
### SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand twenty-five,

_____

Myra S. Smith,

        Plaintiff - Appellant,

v.

City of New York,

        Defendant - Appellee.

_____

**ORDER**
Docket No. 25-2014

A notice of appeal was filed on August 20, 2025. The Appellant's Form D-P due September 3, 2025 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective September 29, 2025 if the Form D-P is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

